```
HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
JOSEPH KNIGHT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH KNIGHT,** <br><br> Defendant(s). | Cr. S-10-037 JAM <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. John A. Mendez |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt , and defendant Joseph Knight, by and through his counsel,  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, April 6, 2010, and to continue the matter to May 18, 2010, at 9:30 a.m., for status conference/change of plea.

The reason for this continuance is that the defendant has recently received a plea agreement and requires additional time to review same with the defendant  Further, defense counsel is engaged in a capital trial in Sacramento Superior Court which will last through at least the first week in May.  The parties further agree and stipulate that the period for the filing of this stipulation until May 18, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

DATE: April 1, 2010

    s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**JOSEPH KNIGHT**

DATE: April 1, 2010

    s/Hayes H. Gable, III for
**JASON HITT**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to May 18, 2010. The court finds excludable time in this matter from the date of filing of this order through May 18, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATE: April 2, 2010

    /s/ John A. Mendez
**HON. JOHN A. MENDEZ**
U.S. District Court Judge