BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    2:10-CR-00037-JAM
                                 )
            Plaintiff,           )    PRELIMINARY ORDER OF
                                 )    FORFEITURE
      v.                         )
                                 )
JOSEPH KNIGHT,                   )
                                 )
            Defendant.           )
_____)

        Based upon the plea agreement entered into between plaintiff
United States of America and defendant Joseph Knight it is hereby
ORDERED, ADJUDGED AND DECREED as follows:

        1.   Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
2461(c), defendant Joseph Knight's interest in the following
property shall be condemned and forfeited to the United States of
America, to be disposed of according to law:

                (a)   One .40 caliber firearm, "Hi Point," model JCP,
                      serial number 777770; and

                (b)   One .9mm firearm, manufactured by Smith & Wesson,
                      model 915, serial number TYZ470.

        2.   The above-listed property constitutes firearms involved
in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a
designee) shall be authorized to seize the above-listed property.
The aforementioned property shall be seized and held by the
Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
secure custody and control.

4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
U.S.C. § 853(n), and Local Rule 171, the United States shall
publish notice of the order of forfeiture.  Notice of this Order
and notice of the Attorney General's (or a designee's) intent to
dispose of the property in such manner as the Attorney General
may direct shall be posted for at least 30 consecutive days on
the official internet government forfeiture site
www.forfeiture.gov.  The United States may also, to the extent
practicable, provide direct written notice to any person known to
have alleged an interest in the property that is the subject of
the order of forfeiture as a substitute for published notice as
to those persons so notified.

b.   This notice shall state that any person, other than
the defendant, asserting a legal interest in the above-listed
property, must file a petition with the Court within sixty (60)
days from the first day of publication of the Notice of
Forfeiture posted on the official government forfeiture site, or
within thirty (30) days from receipt of direct written notice,
whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all
third-party interests, if any, this Court will enter a Final
///
///

Preliminary Order of Forfeiture

1  Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28

2  U.S.C. § 2461(c), in which all interests will be addressed.

3      SO ORDERED this 16th day of June, 2010.

4

5                          /s/ John A. Mendez
                           JOHN A. MENDEZ
6                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture